McCLURE, PHILLIPS & CO., Respondent, v. HOME LIFE PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by McClure, Phillips & Co. against the Home Life Publish-

ing Company. L. Weinschenk, for appellant. C. A. Brodek, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.